UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASEAN NAPOLEON BONIE,

                            Plaintiff,

           -against-

U.S.A.,

                         Defendant.

26 CIVIL 00962 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 16, 2026

       New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                           Chief United States District Judge